James A. Grant and Others v. William C. Greene and Others.— Motion denied, with ten dollars costs.

Seymour H. Ripin and Others v. United States Woven Label Company. — Motion granted. Question to be certified on settlement of order. Order to be settled on notice.

Isabel R. Wallach and Others v. Robert P. Pauwels and Others.— Motion denied, with ten dollars costs.

Robert J. Mahoney v. The City of New York.— Motion denied, with ten dollars costs.

Nellie O'Gorman v. Minnie Pfeiffer.*— Motion denied, with ten dollars costs.

William Knabe v. Mabelle H. Dorland.— Motion denied, with ten dollars costs. Order to be settled on notice.

James Wilson v. Central Insurance Company, Limited.— Motion denied, with ten dollars costs. Order to be settled on notice.

Adolph Streitfeld v. Charles L. Levi and Joseph B. Levi.— Motion to extend time denied, with ten dollars costs. Order to be settled on notice.

Albert G. Lamport, as Administrator, etc., v. Mary C. Smedley (No. 1).— Motion denied, with ten dollars costs. Order to be settled on notice.

Albert G. Lamport, as Administrator, etc., v. Mary C. Smedley (No. 2). — Motion for stay denied, with ten dollars costs. Order to be settled on notice.

In the Matter of Nathan B. Chadsey, an Attorney.— Motion granted. Order to be settled on notice.

Barney Gelder v. International Ore Company.— Motion denied, with ten dollars costs.

Marshall A. Warrin v. Catherine Haverty.— Application granted.

Blanche L. Loomis v. Excelsior Savings Bank.— Application denied, with ten dollars costs. Order signed.

Henry Keyser v. William L. Brower and Ætna Insurance Company.— Motion granted, without costs, so far as to postpone the argument of this appeal to the 8th day of November, 1911.

In the Matter of Max D. Quitman, an Attorney.— Application granted. Order to be settled on notice.

In the Matter of J. Morton Gottheim, an Attorney.— Referred to official referee to take proof and report. Order to be settled on notice.

In the Matter of Irving C. Fox, etc., an Attorney.— Reference ordered. Order to be settled on notice.

James K. Clarke, Appellant, v. The Acme Building Company, a Corporation Organized under the Laws of the State of New York, Respondent. — Order affirmed, with costs. No opinion.

Maurice Loeb, Appellant, v. Federal Sanitary Cleaning and Refining Company, Respondent.— Order affirmed, with costs. No opinion.

Berman Realty Company, Appellant, v. Isaac Polstein, Respondent.— Judgment affirmed, with costs. No opinion.

* See ante, p. 928.—[REP.